# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Jennifer Rosenfeld
and
Daniel Rosenfeld,
   *plaintiff,*

v.

Target Corporation,
*doing business as* Target Pharmacy,
Target Brands, Inc.,
*doing business as* Target Pharmacy,
and
Unknown Registered Pharmacists,
   *Defendants,*

and

Jenna Therese Cherchio *and*
Unknown Registered Pharmacists,
   *Respondents in Discovery.*

1:14-cv-04793

Judge John J. Tharp Jr.

## STIPULATION TO DISMISS

Jennifer Rosenfeld and Daniel Rosenfeld, who are represented by Michael D. Poulos and C. Robert Black of Poulos Black P.C., and Target Corporation, defendant, represented by Richard W. Lenkov and Christopher Puckelwartz of Bryce Downey & Lenkov LLC hereby stipulate and agree as follows:

1. That the parties have agreed to a confidential settlement.

2. Pursuant to the successful completion of the settlement terms and consideration the plaintiff will dismiss this case within 30 days of this stipulation unless any party files an objection prior to 30 days from now that the settlement was not consummated.

JENNIFER ROSENFELD AND DANIEL ROSENFELD V. TARGET CORPORATION, 22014 L 005525
STIPULATION TO DISMISS

3. If no objection to dismissal is filed by a party within the next 30 days the order of voluntary dismissal with prejudice will be entered without further notice on the 30th day following the filing of this stipulation.

Jennifer and Daniel Rosenfeld

By: /s/ C. Robert Black

C. Robert Black
Poulos Black P.C.
Attorneys for Jennifer and Daniel Rosenfeld
1724 Sherman Avenue, Suite 201
Evanston, IL 60201
847-492-9800

Target Corporation

By: _____

Christopher Puckelwartz
Bryce Downey & Lenkov LLC
Attorneys for Target Corporation
200 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
312-327-0063

JENNIFER ROSENFELD AND DANIEL ROSENFELD V. TARGET CORPORATION, 22014 L 005525
STIPULATION TO DISMISS

*ARDC No. 3128523 (MDP)*
*ARDC No. 6202129 (CRB)*
**Michael D. Poulos and C. Robert Black**
**POULOS BLACK P.C.**
*Attorneys for Jennifer and Daniel Rosenfeld*
1724 Sherman Avenue, Suite 201
Evanston, Illinois 60201
Telephone 847-492-9800
Fax 847-492-9801
E-Mail Michael@PoulosLaw.com
E-Mail crBlack@PoulosLaw.com
*Service by E-mail Accepted at*
Notice.Michael@PoulosLaw.com