# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jennifer Rosenfeld *and* Daniel Rosenfeld, *plaintiff,* v. Target Corporation, *doing business as* Target Pharmacy, Target Brands, Inc., *doing business as* Target Pharmacy, *and* Unknown Registered Pharmacists, *Defendants,* *and* Jenna Therese Cherchio *and* Unknown Registered Pharmacists, *Respondents in Discovery.* | 1:14-cv-04793 Judge John J. Tharp Jr. |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)

Pursuant to prior Stipulation, the parties in this case, by and through their attorneys, affirm that they have now completed execution of the confidential settlement and, as of September 17, 2014, have fully complied with all terms of the agreement subject to plaintiff's counsel picking up the settlement check now in the possession of defense counsel.

In reliance on the representations by the defendant's attorneys, and pursuant to F.R.C.P. 41(a)(1)(A)(i), the plaintiff(s) Jennifer and Daniel Rosenfeld and or their counsel(s), hereby give notice that the above captioned matter is voluntarily dismissed with prejudice.

*ARDC No. 3128523*
*ARDC No. 6202129*
**Michael D. Poulos and C. Robert Black**
**POULOS BLACK P.C.**
*Attorneys for Jennifer and Daniel Rosenfeld*
1724 Sherman Avenue, Suite 201
Evanston, Illinois 60201
Telephone 847-492-9800
Fax 847-492-9801
E-Mail Michael@PoulosLaw.com

Respectfully Submitted:

/s/ Michael D. Poulos
Michael D. Poulos
*Attorney for Jennifer and Daniel Rosenfeld*

Case: 1:14-cv-04793 Document #: 12 Filed: 09/17/14 Page 2 of 2 PageID #:69

**JENNIFER ROSENFELD AND DANIEL ROSENFELD V. TARGET CORPORATION**
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Richard W. Lenkov, Bryce Downey & Lenkov LLC, 200 North LaSalle Street, Suite 2700, Chicago, Illinois 60601, telephone 312-327-0032, fax 312-377-1502, e-mail rlenkov@bdlfirm.com

Christopher Puckelwartz, Bryce Downey & Lenkov LLC, 200 North LaSalle Street, Suite 2700, Chicago, Illinois 60601, telephone 312-327-0063, fax 312-377-1502, e-mail cpuckelwartz@bdlfirm.com

Michael D. Poulos, Poulos Black P.C., 1724 Sherman Avenue, Suite 201, Evanston, Illinois 60201, telephone 847-492-9800, fax 847-492-9801. E-mail Michael@PoulosLaw.com

C. Robert Black, Poulos Black P.C., 1724 Sherman Avenue, Suite 201, Evanston, Illinois 60201, telephone 847-492-9800, fax 847-492-9801. E-mail crBlack@PoulosLaw.com

/s/ Michael D. Poulos

*ARDC No. 3128523*
*ARDC No. 6202129*
**Michael D. Poulos and C. Robert Black**
**POULOS BLACK P.C.**
*Attorneys for Jennifer and Daniel Rosenfeld*
1724 Sherman Avenue, Suite 201
Evanston, Illinois 60201
Telephone 847-492-9800
Fax 847-492-9801
E-Mail Michael@PoulosLaw.com
E-Mail crBlack@PoulosLaw.com